**Order entered October 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01115-CR
No. 05-14-01116-CR

**BRIAN WAYNE DRAKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-14123-Q, F13-30911-Q**

## ORDER

The Court **GRANTS** court reporter Marissa Garza's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Garza to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/ ADA BROWN
JUSTICE